UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No: 8:22-cv-2396-CEH-AEP

APPROXIMATELY $208,740.00 IN
UNITED STATES CURRENCY,

    Defendant.
_____

## JUDGMENT OF FORFEITURE

    This cause comes before the Court on the United States' Motion for Judgment of Forfeiture (Doc. 11). In the Motion, the United States seeks forfeiture of approximately $208,740.00 in United States currency seized on June 2, 2022 from a storage unit rented by Ayman Oriyanerass at Extra Space Storage ("Defendant Funds").

    Having reviewed the Verified Complaint, the Motion, and all attached exhibits, and being fully advised in the premises, the Court finds that the Defendant Funds are subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6) and Supplemental Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. The United States has established that the Defendant Funds are forfeitable to the United States because they constitute: (1) money furnished or intended to be furnished by a person in exchange for a controlled substance in violation of the

Controlled Substances Act; (2) proceeds traceable to such an exchange; or (3) money used or intended to be used to facilitate a violation of the Controlled Substances Act.

The Court further finds that the only parties known to have an alleged interest in the Defendant Funds are Ayman Oriyanerass and Anas Oriyanerass. In accordance with the provisions of Supp'l Rule G(4)(b)(i), each of these parties, as well as their attorneys, were sent a copy of the Complaint for Forfeiture *in Rem*. Therefore, the Court finds they received reasonable notice of this action. The Court also finds that the United States filed a Declaration of Publication which reflects that notice of this forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, from October 20, 2022 to and including November 18, 2022, pursuant to Supp'l Rule G(4)(a)(iv)(C).

No person or entity has filed a claim and the time for filing such a claim has expired. Thus, it is now appropriate for the Court to enter a Judgment of Forfeiture for the Defendant Funds.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED:

1. For good cause shown, the United States' Motion for Judgment of Forfeiture (Doc. 11) is hereby GRANTED.

2. Pursuant to the provisions of 21 U.S.C. § 881(a)(6) and Supp'l Rule G, all right, title, and interest in approximately $208,740.00 in United States currency seized on June 2, 2022 from a storage unit rented by Ayman Oriyanerass at Extra Space Storage, is hereby CONDEMNED and FORFEITED to the United States for disposition according to law. Clear

title to the approximately $208,740.00 is now vested in the United States of America.

3. The Clerk is directed to terminate all deadlines and close this case.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**DONE** and **ORDERED** in Tampa, Florida on March 16, 2023.

Copies furnished to:

Counsel of Record
Unrepresented Parties

3